**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARIANNA SMART, a minor, by** | : | **CIVIL ACTION** |
| **Angela Smart, et al** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION** | : | |
| **d/b/a GLAXOSMITHKLINE** | : | **NO. 11-2830** |

## ORDER

    **AND NOW**, this 12th day of December, 2011, upon consideration of the Plaintiff's

Motion to Remand (Document No. 2), the defendant's response, and after oral argument,

it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to

28 U.S.C. § 1447(c), to the state court from which it was removed.


                /s/Timothy J. Savage
                TIMOTHY J. SAVAGE,  J.